# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERICK LEVON TOWNSEND

NO. 2021 KW 1561

**FEBRUARY 14, 2022**

---

In Re:     Erick Levon Townsend, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 19-WCR-043.

---

**BEFORE:     McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT